Silver Acupuncture, P.C. v GEICO (Gov. Employees) (2021 NY Slip Op
51163(U))

[*1]

Silver Acupuncture, P.C. v GEICO (Gov. Employees)

2021 NY Slip Op 51163(U) [73 Misc 3d 138(A)]

Decided on November 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DAVID ELLIOT, J.P., MICHELLE WESTON, DONNA-MARIE E. GOLIA,
JJ

2020-700 K C

Silver Acupuncture, P.C., as Assignee of
Laura Brown, Appellant, 
against
GEICO (Gov. Employees), Respondent. 

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Law Office of Goldstein Flecker & Hopkins (Lawrence J. Chanice of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Matthew P.
Blum, J.), entered February 21, 2020. The order granted defendant's motion to dismiss the
complaint pursuant to CPLR 3216.

ORDERED that the order is affirmed, with $25 costs.
In July 2013, plaintiff commenced this action to recover assigned first-party no-fault
benefits. In January 2019, defendant moved pursuant to CPLR 3216 to dismiss the complaint for
failure to prosecute the action on the ground that plaintiff had failed to file a notice of trial within
90 days of defendant's service upon plaintiff of a 90-day demand. It is undisputed that a notice of
trial was served within the 90-day period, but that it had not been filed. In opposition to the
motion, plaintiff's counsel's calendar clerk submitted an affidavit wherein he stated that the
failure to file the notice of trial was due to law office failure. Plaintiff's owner and treating
acupuncturist submitted an affidavit wherein she stated that plaintiff had a meritorious cause of
action. By order entered February 21, 2020, the Civil Court granted defendant's motion.
A similar issue was presented in Silver Acupuncture, P.C. v GEICO Gen. Ins. Co.
(72 [*2]Misc 3d 140[A], 2021 NY Slip Op 50833[U] [App Term,
2d Dept, 2d, 11th & 13th Jud Dists 2021]), wherein a nearly identical affidavit from the
same calendar clerk was annexed to the plaintiff's opposition papers. 
Accordingly, for the reasons stated in Silver Acupuncture, P.C. (2021 NY Slip Op
50833[U]), the order is affirmed (see
also Silver Acupuncture, P.C. v GEICO Indem. Co., 69 Misc 3d 128[A], 2020 NY Slip
Op 51134[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]).
ELLIOT, J.P., WESTON and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 19, 2021